188 So. 79

## GRIMES v. STATE.
### 4 Div. 484.

Court of Appeals of Alabama.

April 11, 1939.

Harry Adams, of Enterprise, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SAMFORD, Judge.

The bill of exceptions in this case appears to be nothing more than a stenographic report in the form of questions and answers, and is in flagrant violation of Circuit Court Rule 32, and will be stricken on motion. Lucas v. Mays, 2 Ala.App. 497, 56 So. 593.

The motion to strike the bill of exceptions is granted. The judgment is affirmed.

Affirmed.